# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,
LP, CROSSTEX LIG, LLC AND
CROSSTEX PROCESSING
SERVICES, LLC

NO.  2021 CW 1191

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL

**FEBRUARY 02, 2022**

In Re:    Occidental   Chemical   Corporation,   applying   for
supervisory   writs,   23rd   Judicial   District   Court,
Parish of Assumption, No. 34202.

**BEFORE:   GUIDRY, WELCH, PENZATO, LANIER, AND HESTER, JJ.**

**WRIT  GRANTED.** This  writ  application  is  granted  and  the
trial court's August 25, 2021 judgment is vacated. See **Crosstex
Energy  Services,  LP  v.  Texas  Brine  Company,  LLC,** 2020-1182 (La.
App.  1st  Cir.  3/2/21),  2021  WL  796448  (unpublished),  writ
denied, 2021-00385 (La. 5/4/21), 315 So.3d 220.

JMG
AHP
WIL
CHH

**Welch,  J.,** dissents  and  would  have  Occidental  Chemical
Corporation file  the  five  documents  in  question  under  seal  with
this court for in camera review and determination on the merits.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT